UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENIE TAYLOR,

        Plaintiff,                       CIVIL NO. 05-72500

vs.

                                        JUDGE BERNARD A. FRIEDMAN

GREAT LAKES WASTE
  SERVICES, et al,                    MAGISTRATE JUDGE MONA J. MAJZOUB

        Defendants./

## ORDER STRIKING DOCUMENT

Upon review, the Court Strikes the following documents: Defendant's Motion to Compel Production of Plaintiff's Journal and/or for in Camera Inspections, docket #13 and Defendant's Motion to Determine Sufficiency of Responses to Requests for Admission and to Compel Responses to Interrogatory and Production of Documents, docket #14 .

The Court has determined that this document does not conform with Local Rule 7.1.

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

        SO ORDERED.

Dated: November 16, 2005                      s/ Mona K. Majzoub
                                                    MONA K. MAJZOUB
                                                    UNITED STATES MAGISTRATE JUDGE

### Proof of Service

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: November 16, 2005                      s/ Lisa C. Bartlett
                                                    Courtroom Deputy